[No. 2738–3.   Division Three.   December 4, 1979.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM
EDWARD DAVIS, *Appellant*.

Appeal from a judgment of the Superior Court for
Spokane County, No. 25749, William J. Grant, J., entered
January 20, 1978. *Affirmed* by unpublished opinion per
Roe, J., concurred in by Munson and McInturff, JJ.

[No. 3088–3.   Division Three.   December 6, 1979.]

RAINIER NATIONAL BANK, *Respondent*, v. INLAND REBAR,
INC., ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for
Spokane County, No. 243223, Richard P. Guy, J., entered
September 15, 1978. *Affirmed* by unpublished opinion per
Munson, J., concurred in by Green, C.J., and McInturff, J.

[No. 3422–2.   Division Two.   December 7, 1979.]

WILLIAM R. DAVENPORT, *Appellant*, v. PATRICK
HAYES, *Respondent*.

Appeal from a judgment of the Superior Court for
Thurston County, No. 56123, John W. Schumacher, J.,
entered March 23, 1978. *Affirmed* by unpublished opinion
per Reed, A.C.J., concurred in by Petrie and Soule, JJ.